**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

September 15, 2007

The Honorable Edward R. Korman
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. John Harold Mena, 92 CR 0963 (ERK)</u>

Your Honor:

      In keeping with my request in open court on September 10, I provide the attached proposed order that the Metropolitan Detention Center provide my client, Mr. John Harold Mena, with access to a phone for calling legal counsel.

      Thank you for your attention to this matter.

Sincerely,

Douglas G. Morris
Staff Attorney
(718) 330-1209

cc:    Assistant U.S. Attorney David Woll

       Clerk of the Court

       Mr. John Harold Mena

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X
UNITED STATES OF AMERICA        :

        -against-               :
                                        ORDER
JOHN HAROLD MENA,               :

        Defendant.              :       92 CR 0963 (ERK)

-------------------------------X
```

IT IS HEREBY ORDERED that the Metropolitan Detention Center, or any other facility where Mr. John Harold Mena is held in federal custody, provide Mr. Mena with reasonable access to a secure telephone line for calling legal counsel, including but not limited to Douglas G. Morris of Federal Defenders of New York, Inc., whether he is housed in a special housing unit or in the general population.

DATED:   BROOKLYN, NEW YORK

         SEPTEMBER __, 2008

                                        SO ORDERED

                                        _____

                                        EDWARD R. KORMAN

                                        United States District Judge